IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and ROBERTA PUICAN, ) ) ) Plaintiffs, ) ) v. ) ) HEANNEN HARRISON, ) ) Defendant. ) | C.A. No.: 07-007 TRIAL BY JURY DEMANDED |

## COMPLAINT

1. Plaintiff, William C. Conaway, is a resident of the State of Delaware, residing at 300 West Franklin Avenue, New Castle, DE 19720.

2. Plaintiff, Roberta Puican, is a resident of the State of Delaware, residing at 37 Ellen Devine Avenue, Newark, DE 19713

3. Defendant, Heannen Harrison, is a resident of the Commonwealth of Pennsylvania, residing at 432 Ashley Court, Newtown, PA 18940. Service of process may be made upon the Secretary of State of the State of Delaware, pursuant to 10 *Del. C.* § 3112.

4. There is complete diversity of citizenship between Plaintiffs and the Defendant, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 *U.S.C.* § 1332 (a)(2).

5. On July 16, 2006, the Defendant was operating a 2005 white Chevrolet Corvette on southbound U.S. Route 13 near Wilmington, Delaware at an excessive rate of speed. At approximately the same time, Plaintiff Conaway was attempting to exit the parking lot of the Golden Dove Dinner, located off of U.S. Route 13, just south of the Franklin Avenue. Plaintiff Puican was a passenger in the Conaway vehicle. After checking for southbound Route 13 traffic,

Plaintiff Conaway proceeded across the southbound lanes of Route 13 towards the far left turn lane. Just prior to clearing the southbound travel lanes of Route 13, the Harrison vehicle suddenly and without warning violently struck the left rear passenger side of the Conaway vehicle, pushing the Conaway vehicle approximately one hundred feet. The Harrison vehicle left approximately one hundred and eighteen feet of skid mark. Upon information and belief, the Defendant Harrison vehicle was traveling at an extremely high rate of speed, as high as ninety (90) miles an hour just prior to the collision.

6. The aforesaid collision was proximately caused by the negligence of defendant, in that he:

(a) drove at a highly excessive rate of speed in violation of 21 *Del. C.* § 4169;

(b) Operated his vehicle in a careless, imprudent, and/or reckless and grossly negligent manner without due regard for road and traffic conditions then existing, in violation of 21 *Del. C.* § 4169;

(c) Failed to give full time and attention to the operation of his vehicle in violation of 21 *Del. C.* § 4176(b);

(d) Failed to keep a proper lookout; and

(e) Failed to keep his vehicle under proper control.

7. As a direct and proximate result of the Defendant's negligence and/or gross negligence, Plaintiff, William C. Conaway, suffered personal injuries including, but not limited to his neck, back, extremities and head. At the scene of the accident, Plaintiff Conaway experienced horror, terror and entrapment. Some or all of his injuries are permanent.

8.   As a direct and proximate result of the Defendant Harrison's negligence and/or gross negligence, Plaintiff, Roberta Puican, suffered personal injuries including, but not limited to her neck, back, extremities and head. At the scene of the accident, Plaintiff Puican experienced horror, terror and fear. Some or all of her injuries are permanent.

9.   As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have experienced substantial pain, suffering and discomfort, both physical and mental in nature.

10.   As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have been required to undergo prolonged medical treatment and incurred medical bills, and will be required to undergo medical treatment and incur medical bills in the future.

WHEREFORE, Plaintiffs, William C. Conaway and Roberta Puican, demand judgment against Defendant, Heannen Harrison, jointly for their respective general, punitive, and special damages, including pain and suffering, the cost of this action, pre- and post-judgment interest, and any other award the Court deems just and proper.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (#4116)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorneys for Plaintiffs

Dated: January 5, 2007

DB01:2263373.1                                                                                                065510.1001

JS 44 (Rev. 12/96)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
WILLIAM C. CONAWAY and ROBERTA PUICAN

**DEFENDANTS** 07-007
HEANNEN HARRISON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:
New Castle, Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
Bucks County, Pennsylvania
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Timothy E. Lengkeek (#4116)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |
|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 |
| Citizen or Subject of a Foreign Nation | ☐ 3 | ☐ 3 |
| Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Incorporated and Principal Place of Business in This State | ☐ 5 | ☐ 5 |
| Foreign Country | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened (specify)
☐ 5 Transferred from another district
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 U.S.C. 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 U.S.C. 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 U.S.C. 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers Liability |  | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates, etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 R R & Truck |  | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | PROPERTY RIGHTS | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 U.S.C. 3410 |
| ☐ 190 Other Contract |  |  | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 550 Other |  | ☐ 871 IRS - Third Party 26 U.S.C. 7609 |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTSE UNLESS DIVERSITY.)

28 U.S.C. § 1332

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION**  ☐ UNDER F.R.C.P. 23   **DEMAND $ in excess of $75,000** Check YES only if demanded in comp   **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions)
IF ANY       JUDGE _____       DOCKET NUMBER _____

DATE 1/5/07       SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____7-007_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

_____1-5-07_____                _____(signature)_____
(Date forms issued)             (Signature of Party or their Representative)

                                _____Phillip Casale_____
                                (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action