File No. PI07-17301
Document No. 329837

UNITED STATED DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and ROBERT PUICAN, <br><br> Plaintiffs, <br><br> v. <br><br> HEANNEN HARRISON, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No.: 07-007 |

ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Dennis A. Mason II, Esquire, of Heckler & Frabizzio, The Corporate Center, 800 Delaware Avenue, Suite 200, P.O. Box 128, Wilmington, DE 19899-0128, on behalf of Defendant.

HECKLER & FRABIZZIO

DENNIS A. MASON II, I.D. #4644
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: January 25, 2007

File No. PI07-17301
Document No. 329831

UNITED STATED DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and ROBERT PUICAN, <br><br> Plaintiffs, <br><br> v. <br><br> HEANNEN HARRISON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No.: 07-007 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CERTIFICATE OF SERVICE

I, Dennis A. Mason II, Esquire, of Heckler & Frabizzio, do hereby certify that on the 25th day of January 2007, a true and correct copy of the Entry of Appearance was forwarded to counsel of record via electronic mail:

Timothy E. Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

HECKLER & FRABIZZIO

_____
DENNIS A. MASON II, I.D. #4644
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: January 25, 2007