IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM C. CONAWAY and ROBERTA PUICAN, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 07-007 |
| v. | ) ) ) | |
| HEANNEN HARRISON | ) ) | |
| Defendants. | ) | |

AFFIDAVIT OF HEANNEN HARRISON'S NON-RESIDENCE
PURSUANT TO 10 DEL. C. § 3112

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| NEW CASTLE COUNTY | ) |

BE IT REMEMBERED, that on this 7th day of February, 2007, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, Timothy E. Lengkeek, who deposed and stated as follows:

1.          I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, attorney for the plaintiffs in this action.

2.          On information and belief, the defendant, Heannen Harrison, is a non-resident of the State of Delaware, with a last known address of 432 Ashley Court, Newtown, PA 18440.

3.          On January 11, 2007, I caused to be mailed by Registered Mail an envelope to the defendant, Heannen Harrison, containing copies of a Notice in the form attached hereto as Exhibit "A," and copies of the Summons, Sheriff's Return, Complaint and other papers are attached hereto as Exhibit "B."

065420.1001

4.     On February 1, 2007, our office received from the United States Postal Service the return receipt of the defendant, Heannen Harrison, showing delivery and acceptance of the above envelope mailed to his address at 432 Ashley Court, Newtown, PA 18940.  Said return receipt is attached hereto as Exhibit "C."

5.     Attached hereto as Exhibit "D" is the Receipt for Registered Mail which was obtained at the Post Office at the time of the mailing of the envelope referred to above.

Timothy E. Lengkeek

SWORN TO AND SUBSCRIBED before me, a Notary Public, the day and year aforesaid.

_____ (SEAL)
Notary Public
My Commission Expires:_____

KAREN C. KOCHANSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 19, 2008

065420.1001

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and )
ROBERTA PUICAN, )
)
          Plaintiffs, )    C.A. No.: 07-007
)
v. )
)
HEANNEN HARRISON )
)
          Defendants. )

## NOTICE PURSUANT TO 10 DEL. C. § 3112

TO:   Heannen Harrison
432 Ashley Court
Newtown, PA 18940

PLEASE TAKE NOTICE that there has been served upon the Secretary of

the State of Delaware the original of: a Summons, Complaint, Plaintiffs' Documents and

Withheld Lists Pursuant to the Local Rules of Civil Practice and Procedure of the U.S.

District Court for the District of Delaware with Notice of Service; Responses to

Mandatory Discovery; Plaintiffs' First Request for Production Directed to Defendant;

Plaintiffs' First Set of Interrogatories to Defendants, pursuant to Rule 3(a)(1)(ii) and (iii),

copies of which are attached hereto, in which you are named as a defendant in the action

brought by William C. Conaway and Roberta Puican. Said Summons, Complaint,

Plaintiffs' Documents and Withheld Lists Pursuant to the Local Rules of Civil Practice

and Procedure of the U.S. District Court for the District of Delaware with Notice of

Service; Responses to Mandatory Discovery; Plaintiffs' First Request for Production

Directed to Defendant and Plaintiffs' First Set of Interrogatories to Defendants were

served upon the Secretary of State of the State of Delaware on January 8, 2007. Under

065509.1001

the provisions of 10 Del. C. § 3112, service of said Summons, Complaint, Plaintiffs' Documents and Withheld Lists Pursuant to the Local Rules of Civil Practice and Procedure of the U.S. District Court for the District of Delaware with Notice of Service; Responses to Mandatory Discovery; Plaintiffs' First Request for Production Directed to Defendant and Plaintiffs' First Set of Interrogatories to Defendants upon the Secretary of State as aforesaid is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Failure on your part to obey the command of the within writ could result in a default judgment taken against you. It is suggested that you contact your insurance company immediately in connection with this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
Attorneys for Plaintiffs

Dated: January 11, 2007

065509.1001

EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and
ROBERTA PUICAN,

        Plaintiffs,

v.

HEANNEN HARRISON,

        Defendant.

)
)
)
)
)
)
)
)
)
)

C.A. No.: _____ 07 - 007

TRIAL BY JURY DEMANDED

## COMPLAINT

1.    Plaintiff, William C. Conaway, is a resident of the State of Delaware, residing at 300 West Franklin Avenue, New Castle, DE 19720.

2.    Plaintiff, Roberta Puican, is a resident of the State of Delaware, residing at 37 Ellen Devine Avenue, Newark, DE 19713

3.    Defendant, Heannen Harrison, is a resident of the Commonwealth of Pennsylvania, residing at 432 Ashley Court, Newtown, PA 18940. Service of process may be made upon the Secretary of State of the State of Delaware, pursuant to 10 *Del. C.* § 3112.

4.    There is complete diversity of citizenship between Plaintiffs and the Defendant, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 *U.S.C.* § 1332 (a)(2).

5.    On July 16, 2006, the Defendant was operating a 2005 white Chevrolet Corvette on southbound U.S. Route 13 near Wilmington, Delaware at an excessive rate of speed. At approximately the same time, Plaintiff Conaway was attempting to exit the parking lot of the Golden Dove Dinner, located off of U.S. Route 13, just south of the Franklin Avenue. Plaintiff Puican was a passenger in the Conaway vehicle. After checking for southbound Route 13 traffic,

1

065510.1001

Plaintiff Conaway proceeded across the southbound lanes of Route 13 towards the far left turn lane. Just prior to clearing the southbound travel lanes of Route 13, the Harrison vehicle suddenly and without warning violently struck the left rear passenger side of the Conaway vehicle, pushing the Conaway vehicle approximately one hundred feet. The Harrison vehicle left approximately one hundred and eighteen feet of skid mark. Upon information and belief, the Defendant Harrison vehicle was traveling at an extremely high rate of speed, as high as ninety (90) miles an hour just prior to the collision.

6.    The aforesaid collision was proximately caused by the negligence of defendant, in that he:

(a)    drove at a highly excessive rate of speed in violation of 21 *Del. C.* § 4169;

(b)    Operated his vehicle in a careless, imprudent, and/or reckless and grossly negligent manner without due regard for road and traffic conditions then existing, in violation of 21 *Del. C.* § 4169;

(c)    Failed to give full time and attention to the operation of his vehicle in violation of 21 *Del. C.* § 4176(b);

(d)    Failed to keep a proper lookout; and

(e)    Failed to keep his vehicle under proper control.

7.    As a direct and proximate result of the Defendant's negligence and/or gross negligence, Plaintiff, William C. Conaway, suffered personal injuries including, but not limited to his neck, back, extremities and head. At the scene of the accident, Plaintiff Conaway experienced horror, terror and entrapment. Some or all of his injuries are permanent.

2

065510.1001

8.    As a direct and proximate result of the Defendant Harrison's negligence and/or gross negligence, Plaintiff, Roberta Puican, suffered personal injuries including, but not limited to her neck, back, extremities and head.  At the scene of the accident, Plaintiff Puican experienced horror, terror and fear.  Some or all of her injuries are permanent.

9.    As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have experienced substantial pain, suffering and discomfort, both physical and mental in nature.

10.    As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have been required to undergo prolonged medical treatment and incurred medical bills, and will be required to undergo medical treatment and incur medical bills in the future.

WHEREFORE, Plaintiffs, William C. Conaway and Roberta Puican, demand judgment against Defendant, Heannen Harrison, jointly for their respective general, punitive, and special damages, including pain and suffering, the cost of this action, pre- and post-judgment interest, and any other award the Court deems just and proper.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (#4116)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorneys for Plaintiffs

Dated:  January 5, 2007

3

065510.1001

JS 44 (Rev. 12/96)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein ...place nor supplement the filing and service of pleadings or other papers ... ...ed by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in Septe...r, 1974, is required for the use of the Clerk of Court for the purpose of initiating ...will docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

07 - 007

**I. (a) PLAINTIFFS**
WILLIAM C. CONAWAY and ROBERTA PUICAN

**DEFENDANTS**
HEANNEN HARRISON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:
New Castle, Delaware

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
Bucks County, Pennsylvania
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE
NUMBER)
Timothy E. Lengkeek (#4116)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government
Not a Party)

☐ 2 U.S. Government
Defendant

☒ 4 Diversity
(Indicate
Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE
BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in This State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Nation | ☐ 3 | ☐ 3 | Foreign Country | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

Appeal to District
Transferred from
☐ 5 another district
(specify)

Judge from
☐ 6 Multidistrict
Litigation

☐ 7 Magistrate
Judgment

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 U.S.C. 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 U.S.C. 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 U.S.C. 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates, etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 U.S.C. 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 U.S.C. 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTSE UNLESS DIVERSITY )

28 U.S.C. § 1332

**VII. REQUESTED IN
COMPLAINT:**

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $ in excess of $75,000** Check YES only if demanded in comp...
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions)
IF ANY

JUDGE _____ DOCKET NUMBER _____

DATE 1/5/07

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

065510.1001

O 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and <br> ROBERTA PUICAN, <br><br>             Plaintiffs, <br><br>      v. <br><br> HEANNEN HARRISON, <br><br>             Defendant. | ) <br> ) <br> )    SUMMONS IN A CIVIL ACTION <br> ) <br> ) <br> )    Case No.      07 - 007 - <br> ) <br> ) <br> ) <br> ) |

TO:    HEANNEN HARRISON (c/o Delaware Secretary of State)
        432 Ashley Court
        Newtown, PA 18940

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY, Timothy E. Lengkeek, Esquire, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                 _1-5-07_
CLERK                            DATE

BY DEPUTY CLERK

_Beth Dunn_

DB01:2263421.1                                          065510.1001

● AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/8/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):  SERVED: HEANNEN HARRISON C/O THE DELAWARE SECRETARY OF STATE  DOVER, DE COPIES THEREOF WERE ACCEPTED BY MELANIE KELLER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/8/07
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and )
ROBERTA PUICAN, )
          )
         Plaintiffs, )    C.A. No.: _____
          )
v. )    TRIAL BY JURY DEMANDED
          )
HEANNEN HARRISON, )
          )
         Defendant. )

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS/COUNTER PLAINTIFFS[1]

Plaintiffs, by and through their undersigned counsel, hereby request that defendant answer under oath the following interrogatories:

1.      State the names and present or last known addresses of persons who have knowledge of the facts alleged in the pleadings, including all those interviewed on your behalf and the name, address and telephone number of the person and identify the person who took the statement. As to each person named, list after the name of the person his or her occupation, if known, and the number or numbers of the paragraph or paragraphs of the Complaint or answer containing the facts of which the person has knowledge.

**ANSWER:**

2.      Has any sketch, diagram, plat, photograph or motion picture been made or taken in regard to any fact alleged in the pleadings. If so, as to each sketch, diagram, plat, photograph or motion picture made or taken in regard to any fact alleged in the pleadings, state:

     (a)    Whether it is a sketch, diagram, plat, photograph or motion picture;

---

[1]    These interrogatories are continuing Interrogatories, the Answers to which are to be kept current.

065510.1001

(b)    The name and last known address of the person who prepared the sketch, diagram or plat or who took the photograph or motion picture;

(c)    A general description of its subject;

(d)    The date it was prepared or taken;

(e)    Whether it was prepared or taken under the supervision or direction of the defendant's attorney;

(f)    The name and present or last known address of each person who has a copy of it.

**ANSWER:**


3.    Did you take any evasive action to avoid the collision and if so, what action did you take?

**ANSWER:**


4.    Did you have any defective vision on the date of the collision and, if so, had you received a prescription for eye glasses prior to that date and, if so, were you wearing glasses at the time of the accident?  Who prescribed the glasses?

**ANSWER:**


5.    State whether you or your vehicle has been involved in any other collision prior to or subsequent to the accident upon which this suit is based.

**ANSWER:**

2

6.    When did you first receive a driver's license and from what state?  List all other states where you have ever had any type of license.

ANSWER:

7.    Describe in detail your course of travel leading to the scene of the accident in question, including your point of origin, any and all stops which you may have made en route, the reason for such stops and the duration of such stops, and your destination(s).

ANSWER:

8.    State whether or not you had any physical disability at the time of the accident, which is the subject of this action, and if so, state the specific nature thereof.

ANSWER:

9.    State your places of residence for the past ten years and give the dates of each residence in chronological order.

ANSWER:

10.    State the name and address of every expert retained or employed by you in anticipation of this litigation or preparation for trial, whether or not you expect to call him as a witness at trial, and, as to each, state:

(a)    The dates of initial employment;

(b)    The date or dates of any reports, letters or other writings prepared by such person, a brief description of such writings (as two-page letter, three-page report, etc.);

(c)    Whether such expert also rendered any service in connection with any aspect of any subject matter involved in this litigation, other than in anticipation of this litigation

3

or preparation for trial (as, for instance, giving medical attention required by the accident, designing machinery involved in the accident, etc.).

ANSWER:

11.    With reference to any expert you expect to call to testify as a witness at the trial, state the name and address of such expert and, as to each expert named, state:

(a)    The area of the expert's specialty;

(b)    The subject matter on which the expert is expected to testify;

(c)    The substance of the facts and opinions to which the expert is expected to testify;

(d)    The summary of the grounds for each such opinion.

ANSWER:

12.    As to any accidents of any kind which involved the defendant prior to or subsequent to the accident which is the subject of this action, state the following:

(a)    The date of the accident;

(b)    The place of the accident;

(c)    A detailed description of how the accident happened;

(d)    Name, address and employers of all persons who were witnesses to this accident;

(e)    Names of all persons who were injured in the accident and a description of the injuries sustained and extent of medical treatment rendered;

(f)    If defendant or her representatives acquired the information contained in their responses to subparagraphs (a)-(e) from a third person, state the following:

(i)    Name, address and employer of the person who provided the information to defendant or his representatives;

(ii)  The date the information was provided;

4

065510.1001

(iii)  The name, address and employer of the person or persons who received the information;

(iv)    Whether the contents of such information are contained in or referred to in any writing and, if so, a description of the writing, its date, the name and address of its preparer and the names and addresses of all persons having the original or copies of this writing.

**ANSWER:**

13.    Has the defendant, his attorney, his insurance company, or anyone acting in her interest or on her behalf had any contact with the plaintiffs or anyone else concerning any aspect of this litigation including, but not limited to, interviews with plaintiffs or persons who know plaintiffs, investigations of plaintiffs or the taking of photographs or motion pictures of plaintiffs? If the answer to the preceding Interrogatory is in the affirmative, state separately as to each such contact the following:

(a)    The date and time of day that the con-tact with plaintiffs took place;

(b)    The purpose of the contact;

(c)    The name of the person who made contact with the plaintiffs and the name, address and telephone number of his employer and all other persons who were present when the contact with plaintiffs was made;

(d)    A detailed description of the place where the contact took place, including street address and location within a building, if applicable;

(e)    The name, address and telephone number of the person who authorized said person to make contact with the plaintiffs including;

(i)    The date on which said person was authorized to make contact with plaintiffs;

5

(ii) The name and address of the employer of the person who hired said person to make said contact;

     (f)    A detailed description of all writings which in any way relate to the hiring of said person for the purpose of making contact with plaintiffs including specifically:

     (i)    The date of the writing;

(ii) A description of the writing (e.g., two-page letter, one-page report, one-page memorandum, etc.);

(iii) The person who prepared the writing, including his address and telephone number;

(iv) The name, address and telephone number of all persons to whom the writing was sent or shown;

     (v)    The name, address and telephone number of all persons presently having the original or copies of said writing; and

(vi) A detailed description of the contents of said writing;

     (g)    As to the contact between said person and plaintiffs, state whether any writings exist which record, describe, or in any way relate to the contact between said person, or any of the defendant's agents who made contact with plaintiffs including:

     (i)    The date the writing was prepared;

(ii) The name and address of the preparer of the document or writing;

(iii) A description of the writing (e.g., two-page report, one-page memorandum, etc.);

(iv) A description of the contents of the writing;

     (v)    The name and address of each person to whom the writing was sent or reviewed;

(vi) The name and address of each person having the original or copies of said writings;

6

(h)    As to the contact between said person, or any of defendant's representatives or agent, with the plaintiffs, state whether any photographs, slides, motion picture films, or tape recordings were taken or attempted and, if so, state specifically the following:

(i)    Whether the contact involved the use of a motion picture film, slide, photograph or tape recording;

(ii)    Whether the plaintiffs were advised that they were being filmed, photographed or tape recorded;

(iii)    The date and time of day that the motion picture film, slide, photograph or tape recording was made;

(iv)    A detailed description of what is contained in the motion picture film, slide, photograph or tape recording; and

(v)    The name and address of all person(s) having the original or copies of said item.

**ANSWER:**

14.    State in narrative form how the subject accident occurred.

**ANSWER:**

15.    State the name and address of the owner of the vehicle which you were driving at the time of the accident upon which this suit is based.

**ANSWER:**

16.    State the point of origin, the destination and the purpose of your trip at the time of the accident.

**ANSWER:**

065510.1001

17. Describe the path that your vehicle followed immediately after the point of impact.

**ANSWER:**

18. Did you have any defective vision on the date of the collision and, if so, had you received a prescription for eye glasses prior to that date and were you wearing glasses at the time of the accident?

**ANSWER:**

19. If you have a car radio, was it playing on the date of the accident at the time of the accident?

**ANSWER:**

20. If you smoke, were you smoking at the time of the accident or were you preparing to light a cigar, cigarette or pipe immediately prior to the time of the accident?

**ANSWER:**

21. Were you eating or drinking anything prior to or at the time of the accident?

**ANSWER:**

22. Did you have any objects on the front seat of your vehicle that in any way distracted your attention immediately prior to the impact and if so, describe the circumstances surrounding such distraction, relating in detail any object that may have been on the front seat of your car or in the front portion of your car at that time?

**ANSWER:**

065510.1001

23.   Identify any passengers in your vehicle at the time of the collision, and their names, addresses, phone numbers and seating arrangement.

**ANSWER:**


YOUNG CONAWAY STARGATT & TAYLOR, LLP


Timothy E. Lengkeek (# 4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs


Dated: 1/15/07

9

# IN THE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and )
ROBERTA PUICAN, )
)
            Plaintiffs, )    C.A. No.: _____ 7 - 0 0 7
)
v. )    TRIAL BY JURY DEMANDED
)
HEANNEN HARRISON, )
)
            Defendant. )

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION
### DIRECTED TO DEFENDANT

The plaintiffs request the defendant to produce for examination and copying at the office of undersigned counsel within thirty (30) days of service of this Request, the following:

1.    Copies of all photographs, sketches, diagrams, videotapes, or other drawings taken by or prepared by you or on your behalf or in your possession or available to you concerning any aspect of the litigation.

**RESPONSE:**

2.    Copies of all insurance policies, including excess coverage, that is or may be applicable to this litigation.

**RESPONSE:**

065510.1001

3.    Copies of all statements or summaries or interviews taken of any person with respect to any issue in the case including but not limited to plaintiffs or their agents and defendant or defendant's agents.

**RESPONSE:**

4.    Copies of all reports of investigation, findings of fact, observation of acts or circumstances or any other matter relating to any aspect of the litigation.

**RESPONSE:**

5.    Any reports by any person qualifying as an expert containing opinions and/or acts on which opinions are based concerning any aspect of the litigation.

**RESPONSE:**

6.    Any other document or thing in your possession or available to you, in addition to the items specified in previous requests or production.

**RESPONSE:**

2

7.    All documents or things referenced in answering plaintiffs' interrogatories directed to defendants.

**RESPONSE:**

8.    All documents or objects upon which defendans intends to rely upon at trial.

**RESPONSE:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
Attorney for Plaintiffs

Dated: 1/5/07

3

# IN THE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and )
ROBERTA PUICAN, )
                     )
       Plaintiffs, )    C.A. No.: _____
                     )
v. )
                     )    TRIAL BY JURY DEMANDED
HEANNEN HARRISON, )
                     )
       Defendant. )

"7 - 0 0 7

## RESPONSES TO MANDATORY DISCOVERY PURSUANT TO THE LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

      1.     The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

     ANSWER:

     William C. Conaway
     300 West Franklin Avenue
     New Castle, DE  19720;

     Roberta Puican
     37 Ellen Devine Avenue
     Newark, DE  19713;

     Heannen Harrison
     432 Ashley Court
     Newton, PA  18940;

     David Paul Mooney
     508 W.23rd Street
     Wilmington, DE  19802;

     William S. Bickling, Jr.
     17809 Marvel Road
     Maridel, MD  21649;

065510.1001

Cpl. Jeff Weaver
Cpl. Wayne Leonard
Delaware State Police;

Plaintiffs' family, friends and medical providers; and

Plaintiffs' Counsel and Staff
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899.

2.      The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

ANSWER:

Insofar as this interrogatory calls for identification of experts who may not be called to testify at trial, it is objected to. However, subject to and without waiving said objection, counsel for plaintiffs anticipate calling experts in the fields of economics and public accommodations security.

3.      A brief description of any insurance coverage including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy and claim number(s); (3) the type of insurance: and (4) the amounts of primary, secondary, and excess coverage.

ANSWER:

Unknown to plaintiffs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Timothy E. Lengkeek (#4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6605
Attorney for Plaintiffs

Dated: 1/5/07

# IN THE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and )
ROBERTA PUICAN, )
                              )
            Plaintiffs, )     C.A. No.: _____
                              )
v. )     TRIAL BY JURY DEMANDED
                              )
HEANNEN HARRISON, )
                              )
           Defendant. )

## PLAINTIFFS' DOCUMENTS AND WITHHELD LISTS PURSUANT TO THE LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Plaintiffs, through their undersigned counsel, hereby confirm that those documents in plaintiffs' possession, custody or control which are likely to bear significantly on the claims or defenses asserted, and that are not otherwise protected from discovery as privileged or work product, are available for inspection and copying by defendant in this case.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (#4116)
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
Attorney for Plaintiffs

Dated: 1/5/07

# IN THE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM C. CONAWAY and )
ROBERTA PUICAN, )
)
          Plaintiffs, )    C.A. No.: _____
)
v. )
)   TRIAL BY JURY DEMANDED
HEANNEN HARRISON, )
)
          Defendant. )

## NOTICE OF SERVICE

       I hereby certify that I caused a copy of Plaintiffs' Documents and Withheld Lists

Pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court

for the District of Delaware to be served with the Complaint.

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           Timothy E. Lengkeek (#4116)
           The Brandywine Building
           1000 West Street, 17th Floor
           P. O. Box 391
           Wilmington, DE 19899-0391
           (302) 571-6605
Dated: 1/5/07         Attorney for Plaintiffs

065510.1001

EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Heannen HARRISON
432 Ashley Court
Newtown, PA 18940

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ✓    ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                    1/13/07

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT D

| Registered No. | | Date Stamp |
|---|---|---|
| RR366073284US | | |

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | 7.90 $0.90 | | | 0501 |
| Handling Charge | $0.00 | Return Receipt | $1.85 | 04 |
| Postage | 1.35 $1.35 | Restricted Delivery | $0.00 | 01/11/07 |
| Received by | | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**
19801 Lengkeek, ESQ
YCS+T
1000 West St 17th floor
Wilmington, De 19801

**TO**
Heather Harrison
NEWTOWN PA 18940
452 Ashley Court
Newtown, PA 18940

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®