IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and<br>ROBERTA PUICAN,<br><br>              Plaintiffs,<br><br>v.<br><br>HEANNEN HARRISON,<br>              Defendant. | )<br>)<br>)<br>)   C.A. No.: 07-007 GMS<br>)<br>)<br>)   TRIAL BY JURY DEMANDED<br>)<br>) |

## SUGGESTION OF DEATH

It is suggested on the record that plaintiff Roberta Puican died on or about February 26, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiff

Dated: 3/15/07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM C. CONAWAY and<br>ROBERTA PUICAN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No.: 07-007 GMS |
| v. | )<br>)<br>) | TRIAL BY JURY DEMANDED |
| HEANNEN HARRISON,<br>Defendant. | )<br>) | |

CERTIFICATE OF SERVICE

I hereby certify that on this ___15th___ day of March, 2007, I caused copies of the Suggestion of Death to defendants' attorneys of record, in the manner indicated below:

**BY E-FILING:**

Dennis A. Mason, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19801
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiff

Dated: 3/15/07