IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM C. CONAWAY and<br>ROBERTA PUICAN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No.: 07-007 GMS |
| v. | )<br>) | TRIAL BY JURY DEMANDED |
| HEANNEN HARRISON, | )<br>) | |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Plaintiffs may amend the Complaint in the form attached to the foregoing Motion as Exhibit A. The amendment relates back to the date of the Complaint. The Complaint is hereby deemed amended and served as per this Order.

_____
United State District Court Judge

# EXHIBIT B



STATE OF DELAWARE  
NEW CASTLE COUNTY  } SS.

As Register of Wills for New Castle County in the State of Delaware, I do hereby certify that the foregoing is a true copy of ___the Last Will and Testament dated the 10th day of March, 1995___

of ___Roberta V. Puican___, deceased, late

of ___New Castle___ County, State of ___Delaware___

as the same remain on file and of record in this office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of office this ___24th___ day of ___May___, ___2007___.

*Nina M Bawa* (signature)

Chief Deputy REGISTER OF WILLS

FORM NO. 9 – AUTHORITY TO ACT AS PERSONAL REPRESENTATIVE (LETTERS)

STATE OF DELAWARE  
NEW CASTLE COUNTY } SS.

I. WHEREAS, __Roberta V. Puican_____, the "decedent", of __Newark, Delaware_____, died on __02/26/07_____ with/~~without~~ a will, and at the time of death the decedent owned personal property and/or real estate located in this county, and:

WHEREAS, __Richard L. Puican_____, the "Petitioner(s)" has/have petitioned in this office for:

    __X__    Letters Testamentary.

    _____    Letters of Administration.

    _____    Letters of Administration with Will Annexed.

    _____    Letters of Ancillary Administration.

    _____    Letters of Ancillary Administration with Will Annexed.

    _____    Letters for the Appointment of a Successor Administrator/rix.

    _____    Letters for the Appointment of a Successor Administator/rix with Will Annexed.

NOW, THEREFORE, the said __Richard L. Puican_____ has/have been appointed the __Executor_____ of the estate of the decedent in accordance with Delaware Law.

II. The Personal Representative(s) is/are, by the authority granted, empowered to administer and account for the personal property and/or real estate of the decedent. The Personal Representative(s) is/are required to make a true and complete inventory of the personal property and/or real estate. The inventory is to be filed on or before __08/24/07_____ in the office of Register of Wills of the county in which the authority to act was granted and in any county of this state where the decedent owned real estate. The Personal Representative(s) is/are further required to account for his/her/their administration on or before __05/24/08_____ or as otherwise required.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of this office, this __24th__ day of __May_____, __2007____.

_____  
REGISTER OF WILLS    Chief Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and <br> ROBERTA PUICAN, <br><br> Plaintiffs, <br><br> v. <br><br> HEANNEN HARRISON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No.: 07-007 <br> ) <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I, Timothy E. Lengkeek, Esquire hereby certify that on this 4th day of June, 2007, I caused copies of the foregoing documents, Motion to Amend Complaint, Proposed Order and this Certificate of Service, to be served on the following individual, in the manner indicated below:

BY E-FILING AND HAND DELIVERY

Dennis A. Mason, II, Esquire
Mintzer Sarowitz Zeris Ledva
& Meyers, LLP
1220 N Market Street, Suite 300
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Timothy E. Lengkeek_

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiffs

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and <br> <u>RICHARD L. PUICAN, As Executor</u> <br> <u>Of the Estate of ROBERT PUICAN,</u> <br><br> Plaintiffs, <br><br> v. <br><br> HEANNEN HARRISON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 07-007 GMS <br> ) <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) <br> ) |

## AMENDED COMPLAINT

1. Plaintiff, William C. Conaway, is a resident of the State of Delaware, residing at 300 West Franklin Avenue, New Castle, DE 19720.

2. <u>At all times relevant herein,</u> Plaintiff, Roberta Puican, <u>was</u> a resident of the State of Delaware, residing at 37 Ellen Devine Avenue, Newark, DE 19713.

3. <u>On February 26, 2007, Plaintiff Roberta Puican passed away. Her son, Richard L. Puican, has been named Executor of her Estate for purposes of this litigation.</u>

3. Defendant, Heannen Harrison, is a resident of the Commonwealth of Pennsylvania, residing at 432 Ashley Court, Newtown, PA 18940. Service of process may be made upon the Secretary of State of the State of Delaware, pursuant to 10 *Del. C.* § 3112.

4. There is complete diversity of citizenship between Plaintiffs and the Defendant, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 *U.S.C.* § 1332 (a)(2).

5. On July 16, 2006, the Defendant was operating a 2005 white Chevrolet Corvette on southbound U.S. Route 13 near Wilmington, Delaware at an excessive rate of speed. At approximately the same time, Plaintiff Conaway was attempting to exit the parking lot of the

Golden Dove Dinner, located off of U.S. Route 13, just south of the Franklin Avenue. Plaintiff Roberta Puican was a passenger in the Conaway vehicle. After checking for southbound Route 13 traffic, Plaintiff Conaway proceeded across the southbound lanes of Route 13 towards the far left turn lane. Just prior to clearing the southbound travel lanes of Route 13, the Harrison vehicle suddenly and without warning violently struck the left rear passenger side of the Conaway vehicle, pushing the Conaway vehicle approximately one hundred feet. The Harrison vehicle left approximately one hundred and eighteen feet of skid mark. Upon information and belief, the Defendant Harrison vehicle was traveling at an extremely high rate of speed, as high as ninety (90) miles an hour just prior to the collision.

6. The aforesaid collision was proximately caused by the negligence of defendant, in that he:

(a) drove at a highly excessive rate of speed in violation of 21 *Del. C.* § 4169;

(b) Operated his vehicle in a careless, imprudent, and/or reckless and grossly negligent manner without due regard for road and traffic conditions then existing, in violation of 21 *Del. C.* § 4169;

(c) Failed to give full time and attention to the operation of his vehicle in violation of 21 *Del. C.* § 4176(b);

(d) Failed to keep a proper lookout; and

(e) Failed to keep his vehicle under proper control.

7. As a direct and proximate result of the Defendant's negligence and/or gross negligence, Plaintiff, William C. Conaway, suffered personal injuries including, but not

limited to his neck, back, extremities and head. At the scene of the accident, Plaintiff Conaway experienced horror, terror and entrapment. Some or all of his injuries are permanent.

8. As a direct and proximate result of the Defendant Harrison's negligence and/or gross negligence, Plaintiff, Roberta Puican, suffered personal injuries including, but not limited to her neck, back, extremities and head. At the scene of the accident, Plaintiff <u>Roberta</u> Puican experienced horror, terror and fear. Some or all of her injuries <u>were</u> permanent <u>and continued to the time of her death.</u>

9. As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have experienced substantial pain, suffering and discomfort, both physical and mental in nature.

10. As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have been required to undergo prolonged medical treatment and incurred medical bills, and will be required to undergo medical treatment and incur medical bills in the future.

DB02:6020557.1                                                                                                                              035999.1001

WHEREFORE, Plaintiffs, William C. Conaway and <u>Richard L. Puican, as Executor of the Estate of Roberta Puican</u>, demand judgment against Defendant, Heannen Harrison, jointly for their respective general, punitive, and special damages, including pain and suffering, the cost of this action, pre- and post-judgment interest, and any other award the Court deems just and proper.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy E. Lengkeek (#4116)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiffs

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM C. CONAWAY and<br>ROBERTA PUICAN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No.: 07-007 GMS |
| v. | ) <br> ) | TRIAL BY JURY DEMANDED |
| HEANNEN HARRISON, | ) <br> ) | |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Plaintiffs may amend the Complaint in the form attached to the foregoing Motion as Exhibit A. The amendment relates back to the date of the Complaint. The Complaint is hereby deemed amended and served as per this Order.

_____
United State District Court Judge