IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY, et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. 07-7 GMS |
| HEANNEN HARRISON | : |
| Defendant | : |

### ORDER

WHEREAS, on January 5, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on March 15, 2007, a Suggestion of Death upon the record as to Roberta Puican was filed (D.I. 8);

WHEREAS, on May 7, 2007, an answer to the complaint was filed on behalf of the defendant (D.I. 9);

WHEREAS, on June 5, 2007, a motion for leave to amend the complaint was filed by the plaintiffs (D.I. 15);

WHEREAS, to date, the court's docket reflects that an answering brief in opposition was not filed by the defendant.

IT IS HEREBY ORDERED THAT:

1. The motion for leave to amend is hereby GRANTED;

2. The Amended Complaint is deemed filed; and

      3.  The Clerk of Court is directed to substitute the named plaintiff Roberta Puican with Richard Puican, as Executor of the Estate of Roberta Puican.


                    /s/ Gregory M. Sleet
                    UNITED STATES DISTRICT JUDGE

June 21, 2007