IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM C. CONAWAY and <u>RICHARD L. PUICAN, As Executor Of the Estate of ROBERT PUICAN,</u> | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 07-007 GMS |
| v. | ) ) ) | TRIAL BY JURY DEMANDED |
| HEANNEN HARRISON, | ) ) | |
| Defendant. | ) | |

FILED
JUN 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AMENDED COMPLAINT

1. Plaintiff, William C. Conaway, is a resident of the State of Delaware, residing at 300 West Franklin Avenue, New Castle, DE 19720.

2. <u>At all times relevant herein,</u> Plaintiff, Roberta Puican, <u>was</u> a resident of the State of Delaware, residing at 37 Ellen Devine Avenue, Newark, DE 19713.

3. <u>On February 26, 2007, Plaintiff Roberta Puican passed away. Her son, Richard L. Puican, has been named Executor of her Estate for purposes of this litigation.</u>

3. Defendant, Heannen Harrison, is a resident of the Commonwealth of Pennsylvania, residing at 432 Ashley Court, Newtown, PA 18940. Service of process may be made upon the Secretary of State of the State of Delaware, pursuant to 10 *Del. C.* § 3112.

4. There is complete diversity of citizenship between Plaintiffs and the Defendant, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 *U.S.C.* § 1332 (a)(2).

5. On July 16, 2006, the Defendant was operating a 2005 white Chevrolet Corvette on southbound U.S. Route 13 near Wilmington, Delaware at an excessive rate of speed. At approximately the same time, Plaintiff Conaway was attempting to exit the parking lot of the

Golden Dove Dinner, located off of U.S. Route 13, just south of the Franklin Avenue. Plaintiff Roberta Puican was a passenger in the Conaway vehicle. After checking for southbound Route 13 traffic, Plaintiff Conaway proceeded across the southbound lanes of Route 13 towards the far left turn lane. Just prior to clearing the southbound travel lanes of Route 13, the Harrison vehicle suddenly and without warning violently struck the left rear passenger side of the Conaway vehicle, pushing the Conaway vehicle approximately one hundred feet. The Harrison vehicle left approximately one hundred and eighteen feet of skid mark. Upon information and belief, the Defendant Harrison vehicle was traveling at an extremely high rate of speed, as high as ninety (90) miles an hour just prior to the collision.

6. The aforesaid collision was proximately caused by the negligence of defendant, in that he:

(a) drove at a highly excessive rate of speed in violation of 21 *Del. C.* § 4169;

(b) Operated his vehicle in a careless, imprudent, and/or reckless and grossly negligent manner without due regard for road and traffic conditions then existing, in violation of 21 *Del. C.* § 4169;

(c) Failed to give full time and attention to the operation of his vehicle in violation of 21 *Del. C.* § 4176(b);

(d) Failed to keep a proper lookout; and

(e) Failed to keep his vehicle under proper control.

7. As a direct and proximate result of the Defendant's negligence and/or gross negligence, Plaintiff, William C. Conaway, suffered personal injuries including, but not

limited to his neck, back, extremities and head. At the scene of the accident, Plaintiff Conaway experienced horror, terror and entrapment. Some or all of his injuries are permanent.

8. As a direct and proximate result of the Defendant Harrison's negligence and/or gross negligence, Plaintiff, Roberta Puican, suffered personal injuries including, but not limited to her neck, back, extremities and head. At the scene of the accident, Plaintiff <u>Roberta</u> Puican experienced horror, terror and fear. Some or all of her injuries <u>were</u> permanent <u>and continued to the time of her death.</u>

9. As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have experienced substantial pain, suffering and discomfort, both physical and mental in nature.

10. As a direct and proximate consequence of their injuries, Plaintiffs, William C. Conaway and Roberta Puican, have been required to undergo prolonged medical treatment and incurred medical bills, and will be required to undergo medical treatment and incur medical bills in the future.

DB02:6020557.1     035999.1001

WHEREFORE, Plaintiffs, William C. Conaway and <u>Richard L. Puican, as Executor of the Estate of Roberta Puican,</u> demand judgment against Defendant, Heannen Harrison, jointly for their respective general, punitive, and special damages, including pain and suffering, the cost of this action, pre- and post-judgment interest, and any other award the Court deems just and proper.

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            _____
            Timothy E. Lengkeek (#4116)
            1000 West Street, 17th Floor
            P.O. Box 391
            Wilmington, DE 19899-0391
            (302) 571-6605
            tlengkeek@ycst.com
            Attorneys for Plaintiffs

Dated:

4

DB02:6020557.1                                      035999.1001