UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY AND ROBERTA PUICAN, | : <br> : C.A. NO. 07-007 <br> : |
| Plaintiffs, | : <br> : |
| vs. | : <br> : |
| HEANNEN HARRISON, | : <br> : |
| Defendant. | : |

### NOTICE OF CHANGE OF FIRM

PLEASE TAKE NOTICE that the undersigned counsel has changed firms. The new firm name and address is Mintzer, Sarowitz, Zeris, Ledva & Meyers, 1220 North Market Street, Suite 300, Wilmington, DE 19801.

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

/s/ Dennis A. Mason II
DENNIS A. MASON II, I.D. #4644
1220 North Market Street, Suite 300
Wilmington, DE 19801
Attorney for Defendant HEANNEN HARRISON
**MSZL&M File No. 004233.000061**

Date: June 29, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY AND ROBERTA PUICAN, | : <br> : C.A. NO. 07-007 <br> : |
| Plaintiffs, | : <br> : |
| vs. | : <br> : |
| HEANNEN HARRISON, | : <br> : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, DENNIS A. MASON II, do hereby certify that on the 29th day of June, 2007, one true and correct copy of Defendant(s)' Notice of Change of Firm was forwarded to counsel as follows via electronic filing:

Timothy E. Lengkeek, Esquire
YOUNG, CONWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

      /s/ Dennis A. Mason II
DENNIS A. MASON II, I.D. #4644
1220 North Market Street, Suite 300
Wilmington, DE 19801
Attorney for Defendant HEANNEN HARRISON
**MSZL&M File No. 004233.000061**

Date: June 29, 2007

300280