UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY AND ROBERTA PUICAN, | : C.A. NO. 07-007 |
| Plaintiff(s), | : |
| vs. | : 12 JUROR TRIAL DEMANDED |
| HEANNEN HARRISON, | : |
| Defendant(s). | : ELECTRONIC FILING |

**STIPULATION**

1. On January 5, 2007, Plaintiffs William C. Conaway and Roberta Puican filed a personal injury action against Defendant Heannen Harrison.

2. Plaintiff Roberta Puican was deceased on February 26, 2007 and a suggestion of death was filed with the Court on March 15, 2007. After appointment of an Executor of the Estate of Roberta Puican, Plaintiffs' counsel filed a Motion to Amend Complaint to Substitute Richard L. Puican as Executor of the Estate of Roberta Puican as a Plaintiff in this matter.

3. Defendant Heannen Harrison made no objection to the substitution of the parties and the Court granted Plaintiffs' request to substitute Richard L. Puican as Executor and personal representative of the Estate of Roberta Puican in this action.

**WHEREFORE**, the undersigned parties hereby stipulate and agree that the responses provided by Defendant Heannen Harrison in the Answer to the original

Complaint, filed on June 21, 2007 are repeated and realleged to the Amended Complaint, as the Amended Complaint only substituted the Estate for Ms. Puican.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____     Date: 7/11/07
TIMOTHY E. LENGKEEK, ESQUIRE
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Attorney for PLAINTIFFS


MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

_____     Date: 7/16/07
DENNIS A. MASON II, ESQUIRE, I.D. #4644
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant HEANNEN HARRISON


    **SO ORDERED** this _____ day of _____, 2007.


                                          _____
                                                        J.

**MSZL&M File No. 004233.000061 (17301)**

**300853**