IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM C. CONAWAY and<br>RICHARD L. PUICAN, As Executor<br>Of the Estate of ROBERTA PUICAN, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No.: 07-007 GMS |
| v. | )<br>) | TRIAL BY JURY DEMANDED |
| HEANNEN HARRISON, | )<br>)<br>) | |
| Defendant. | ) | |

JOINT STATUS REPORT

1.  Jurisdiction and Service

      The Court has subject matter and personal jurisdiction. All parties have been served.

2.  Substance of the Action

      This matter involves a motor vehicle collision which occurred July 16, 2006, in New Castle County, Delaware. Plaintiffs William C. Conaway and Roberta Puican were injured when their vehicle was struck by a motor vehicle operated by Defendant Heannen Harrison. Plaintiffs allege that Mr. Heannen operated his vehicle in a negligent and/or grossly negligent and reckless manner, and that as a result of such conduct, Plaintiffs sustained serious and permanent injuries, medical expenses, and pain and suffering. On February 26, 2007, Plaintiff Roberta Puican passed away. Her son, Richard L. Puican, has been named Executor of her Estate for purposes of this litigation.

      The Defendant's position is that Plaintiff William C. Conaway failed to yield to traffic already on Route 13, including the vehicle operated by Defendant Heannen Harrison, and it was Plaintiff William C. Conaway's negligence that is the proximate cause of Plaintiffs' injuries.

3.  Identification of Issues

      Liability of defendant; extent of damages; and liability of Plaintiff William C. Conaway.

4.     <u>Narrowing of Issues</u>

    There are no dispositive issues appropriate for decision on motion.

5.     <u>Relief</u>

    Plaintiffs seek compensation for their pain and suffering and permanent injuries.

6.     <u>Amendment of Pleadings</u>

    None. The parties have already substituted the Estate of Roberta Puican as one of the Plaintiffs to this action and no other substitution or amendment is expected.

7.     <u>Joinder of Parties</u>

    None.

8.     <u>Discovery</u>

    Plaintiffs and Defendant request 8 to 10 months in which to complete the depositions of the parties and to identify liability and medical experts.

9.     <u>Estimated Trial Length</u>

    Bifurcation of the issues is not desirable in this matter. Plaintiffs and Defendant anticipate trial will take 3 days.

10.     <u>Jury Trial</u>

    Plaintiffs request a trial by jury.

11.     <u>Settlement</u>

    The parties have engaged in informal settlement negotiations. The prospect for settlement is good.

12. <u>Other Matters</u>

None.

Undersigned counsel for the parties have conferred about each of the above matters.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiffs

MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP

_____
Dennis A. Mason II, Esquire
1220 N. Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
dmason@defensecounsel.com
Attorneys for Defendants

Dated: July 19, 2007