UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY AND ROBERTA PUICAN, | : <br> : C.A. NO. 07-007 <br> : |
| Plaintiffs, | : <br> : TRIAL BY JURY DEMANDED |
| vs. | : <br> : |
| HEANNEN HARRISON, | : <br> : |
| Defendant. | : |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two true and correct copies of DEFENDANT HEANNEN HARRISON'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT were served upon the following via regular mail on the 20th day of September, 2007:

Timothy E. Lengkeek, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

/s/ Dennis A. Mason II
DENNIS A. MASON II, I.D. #4644
1220 North Market Street, Suite 300
Wilmington, DE 19801
Attorney for Defendant HEANNEN HARRISON
(302) 655-2181
E-Mail: dmason@defensecounsel.com
**MSZL&M File No. 004233.000061 (17301)**

304320