# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY E. LENGKEEK
DIRECT DIAL: (302) 571-6605
DIRECT FAX: (302) 576-3308
tlengkeek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 10, 2007

BY HAND DELIVERY

The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 N King Street
Lockbox 26
Wilmington, DE 19801

Re:    William Conaway, et al. v. Heannen Harrison
C.A. No. 07-07 GMS

Dear Judge Stark:

Plaintiff William Conaway respectfully requests to be excused from personally attending the mediation hearing, which is scheduled for October 24, 2007. Mr. Conaway is an elderly gentleman who has recently moved to a dependant care nursing home and is physically incapacitated from traveling. He has agreed to be available by phone, and has also authorized his co-plaintiff, Richard Puican, who will be in attendance as representative of the estate of Roberta Puican, to negotiate on his behalf.

Very truly yours,

Timothy E. Lengkeek

TEL:lkh
FP: pldg

cc:    Dennis A. Mason, II, Esquire

DB02:6291320.1

035999.1001