# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY E. LENGKEEK
DIRECT DIAL: (302) 571-6605
DIRECT FAX: (302) 576-3308
tlengkeek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 12, 2007

BY HAND DELIVERY AND E-FILING

The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 N King Street
Lockbox 26
Wilmington, DE 19801

   Re: William Conaway, et al. v. Heannen Harrison
     C.A. No. 07-07 GMS

Dear Judge Stark:

  I have just been informed that Plaintiff William Conaway passed away on October 11, 2007. Therefore, Mr. Puican will be attending the October 24, 2007 mediation hearing as representative of the estates for both deceased plaintiffs.

            Very truly yours,

            Timothy E. Lengkeek

TEL:lkh
FP: pldg

cc: Dennis A. Mason, II, Esquire

DB02:6296350.1

065509.1001