## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and<br>RICHARD L. PUICAN, As Executor<br>Of the Estate of ROBERTA PUICAN,<br><br>         Plaintiffs,<br><br>v.<br><br>HEANNEN HARRISON,<br><br>         Defendant. | C.A. No.: 07-07 GMS<br><br>TRIAL BY JURY DEMANDED |

### SUGGESTION OF DEATH

It is suggested on the record that plaintiff William C. Conaway died on or about October 11, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Timothy E. Lengkeek*

Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiff

Dated: 10/15/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM C. CONAWAY and<br>RICHARD L. PUICAN, As Executor<br>Of the Estate of ROBERTA PUICAN,<br><br>    Plaintiffs,<br><br>v.<br><br>HEANNEN HARRISON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No.: 07-07 GMS<br>)<br>)<br>)   TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 12, 2007, I caused copies of the Suggestion of Death to defendants' attorneys of record, in the manner indicated below:

**BY E-FILING:**

Dennis A. Mason, II Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128


YOUNG CONAWAY STARGATT & TAYLOR, LLP


_____
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19801
(302) 571-6605
tlengkeek@ycst.com
Attorneys for Plaintiff

Dated: 10/15/07