# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | THE BRANDYWINE BUILDING | | |
|---|---|---|---|---|
| BEN T. CASTLE | JANET Z CHARLTON | 1000 WEST STREET, 17TH FLOOR | JOSEPH M. BARRY | EVANGELOS KOSTOULAS |
| SHELDON N. SANDLER | ROBERT S BRADY | WILMINGTON, DELAWARE 19801 | RYAN M BARTLEY | JOHN C. KUFFEL |
| RICHARD A LEVINE | JOEL A. WAITE | | SEAN M BEACH | TIMOTHY E. LENGKEEK |
| RICHARD A ZAPPA | BRENT C SHAFFER | P.O. BOX 391 | SANJAY BHATNAGAR | ANDREW A. LUNDGREN |
| FREDERICK W IOBST | DANIEL P JOHNSON | WILMINGTON, DELAWARE 19899-0391 | DONALD J. BOWMAN, JR. | MATTHEW B. LUNN |
| RICHARD H MORSE | CRAIG D GREAR | | MICHELE SHERRETTA BUDICAK | ADRIA B MARTINELLI |
| DAVID C MCBRIDE | TIMOTHY JAY HOUSEAL | (302) 571-6600 | JEFFREY T. CASTELLANO | KATHALEEN MCCORMICK |
| JOSEPH M. NICHOLSON | MARTIN S LESSNER | (800) 253-2234 (DE ONLY) | DOUGLAS T. COATS (MD ONLY) | MICHAEL W. MCDERMOTT |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | FAX: (302) 571-1253 | KARA HAMMOND COYLE | TAMMY L. MERCER |
| BARRY M. WILLOUGHBY | C BARR FLINN | | KRISTEN SALVATORE DEPALMA | MARIBETH L MINELLA |
| JOSY W. INGERSOLL | NATALIE WOLF | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| ANTHONY G. FLYNN | LISA B. GOODMAN | 110 WEST PINE STREET | MARY F. DUGAN | D FON MUTTAMARA-WALKER |
| JEROME K. GROSSMAN | JOHN W. SHAW | P.O. BOX 594 | ERIN EDWARDS | JENNIFER R. NOEL |
| EUGENE A DIPRINZIO | JAMES P. HUGHES, JR. | GEORGETOWN, DELAWARE 19947 | KENNETH J. ENOS | ADAM W POFF |
| JAMES L. PATTON, JR. | EDWIN J HARRON | (302) 856-3571 | KERRIANNE MARIE FAY | ROBERT F POPPITI JR |
| ROBERT L THOMAS | MICHAEL R. NESTOR | (800) 255-2234 (DE ONLY) | IAN S. FREDERICKS | SETH J. REIDENBERG |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | FAX: (302) 856-9338 | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| TIMOTHY J SNYDER | ROLIN P. BISSELL | | WILLIAM E. GAMGORT | CHERYL A. SANTANIELLO |
| BRUCE L. SILVERSTEIN | SCOTT A HOLT | WWW.YOUNGCONAWAY.COM | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| WILLIAM W BOWSER | JOHN T. DORSEY | | NATHAN D. GROW | MICHAEL P. STAFFORD |
| LARRY J TARABICOS | M BLAKE CLEARY | DIRECT DIAL: 302-571-6605 | STEPHANIE L. HANSEN | CHAD S.C. STOVER |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | DIRECT FAX: 302-576-3308 | JAMES L HIGGINS | RICHARD J. THOMAS |
| MELANIE K SHARP | DANIELLE GIBBS | tlengkeek@ycst.com | PATRICK A. JACKSON | JOHN E TRACEY |
| CASSANDRA F. ROBERTS | JOHN J PASCHETTO | | DAWN M. JONES | TRAVIS N. TURNER |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | KAREN E. KELLER | MARGARET B WHITEMAN |
| TERESA A CHEEK | ELENA C. NORMAN | | JENNIFER M KINKUS | SHARON M. ZIEG |
| NEILLI MULLEN WALSH | | | EDWARD J KOSMOWSKI | |
| | | | SPECIAL COUNSEL | SENIOR COUNSEL |
| | | | JOHN D. MCLAUGHLIN, JR | CURTIS J. CROWTHER |
| | | | KAREN L PASCALE | |
| | | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B YOUNG |
| | | | | EDWARD B MAXWELL, 2ND |

December 12, 2007

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801



Re: Conaway et al. v. Harrison
C.A. No. 07-007 GMS

Dear Judge Sleet:

Plaintiffs' counsel is pleased to report that the parties have settled the above-captioned case. As such, the Pre-Trial Conference scheduled for September 4, 2008 and the trial date scheduled for September 22, 2008 can be removed from the Court's calendar.

Respectfully,

Timothy E. Lengkeek

TEL:sm
cc: Dennis A. Mason II, Esquire
    Clerk of the Court
FP: Corr