# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WILLIAM C. CONAWAY, ROBERTA PUICAN, AND RICHARD L. PUICAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERTA PUICAN, | : | C.A. NO. 07-007 |
|  | : | 12 JUROR TRIAL DEMANDED |
| Plaintiff(s), | : |  |
| vs. | : |  |
| HEANNEN HARRISON, | : |  |
| Defendant(s). | : | ELECTRONIC FILING |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through the undersigned counsel, that the above-captioned matter is hereby dismissed, with prejudice.

**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**

_____    Date: _____
TIMOTHY E. LENGKEEK, ESQUIRE
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Attorney for PLAINTIFFS

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

_____    Date: 12/5/07
DENNIS A. MASON II, ESQUIRE, I.D. #4644
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
E-Mail: dmason@defensecounsel.com
Attorney for DEFENDANT

SO ORDERED this _____ day of _____, 2007.

_____
J.

**MSZL&M File No. 00433.000061 (1730L)/333010**